Case 2:17-cv-05815-SJF-SIL   Document 8   Filed 07/17/18   Page 1 of 1 PageID #: 28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2018 ★
LONG ISLAND OFFICE

Gary Lewis on behalf of herself
and all others similarly situated,

No. CV 17-5815 (SF)

Plaintiff,

v.

Capital Management Services, L.P.,

Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

S/ JOSEPH MAURO
Joseph Mauro, Esq.
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

7-12-18
Date

S/ Aaron Easley
Aaron R Easley
Sessions Fishman Nathan & Israel LLC
3 Cross Creek Drive
Flemington, NJ 08822

7-12-2018
Date

The Clerk of Court is directed to close this case.
So ORDERED this 18th day of July 2018 at Central Islip, N.Y.

s/ Sandra J. Feuerstein

Sandra J. Feuerstein, U.S.D.J.